David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*NINA R. MILLER*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NINA R. MILLER,<br><br>Plaintiff(s),<br><br>vs.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Defendant(s). | Case No.: 2:20-cv-00318-JCM-DJA<br><br>**STIPULATION AND ORDER DISMISSING ACTION, WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between NINA R. MILLER ("Plaintiff") and Defendant Educational Credit Management Corporation ("ECMC"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on August 25, 2020.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Trevor Waite* |
| David H. Krieger, Esq. | Kurt Bonds, Esq. |
| Shawn W. Miller, Esq. | Trevor Waite, Esq. |
| KRIEGER LAW GROUP, LLC | ALVERSON, TAYLOR & SANDERS |
| 2850 W. Horizon Ridge Parkway | 6605 Grand Montecito Parkway |
| Suite 200 | Suite 200 |
| Henderson, Nevada 89052 | Las Vegas, NV 89149 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| **NINA R. MILLER** | **ECMC** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 4, 2020

-2-